# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CITY OF DAYTON,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 3:18-CV-331 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| **3M COMPANY, et al.,** | : | Magistrate Judge Deavers |
| | : | |
| **Defendants.** | : | |
| | : | |

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 6.1(a) and 7.3(a), Defendants 3M Company; Tyco Fire Products LP; Chemguard, Inc.; Buckeye Fire Equipment Company; and National Foam, Inc., by their attorneys, jointly move for additional time, until December 20, 2018, within which to move, answer or otherwise respond to Plaintiff's Complaint. Counsel for Plaintiff has been consulted and consents to this extension. If the Defendants move to dismiss Plaintiff's Complaint, the parties agree, subject to this Court's approval, that Plaintiff may have until January 25, 2019 to respond to that motion.

A Memorandum in Support of this Motion is submitted herewith, and a proposed order is being delivered by e-mail to the Court.

Dated: October 29, 2018                                Respectfully submitted,

   */s/ Liam J. Montgomery*                              /s/ *Richard D. Schuster*
Liam J. Montgomery, *pro hac vice forthcoming*         Richard D. Schuster (0022813)
J. Liat Rome, *pro hac vice forthcoming*               Jonathan P. Corwin (0076056)
WILLIAMS & CONNOLLY LLP                                Vorys, Sater, Seymour and Pease LLP
725 12th Street, N.W.                                  52 East Gay Street, P.O. Box 1008
Washington, D.C. 20005                                 Columbus, Ohio 43216-1008
Tel: 202-434-5000                                      Tel: (614) 464-6400
Fax: 202-434-5029                                      Fax: (614) 464-6350
LMontgomery@wc.com                                     Email: rdschuster@vorys.com
LRome@wc.com                                                      jpcorwin@vorys.com

*Attorneys for Defendants Tyco Fire Products LP and Chemguard, Inc.*    -and-

/s/ *Keith E. Smith*                                   Rosemary D. Welsh (0064790)
Keith E. Smith (*Pro Hac Vice Forthcoming*)            Vorys, Sater, Seymour and Pease LLP
GREENBERG TRAURIG, LLC                                 301 East Fourth Street, Suite 3500
2700 Two Commerce Square                               Cincinnati, Ohio 45202
2001 Market Street                                     Tel: (513) 723-4022
Philadelphia, PA 19103                                 Fax: (513) 852-8457
T: 215-988-7800                                        E-Mail: rdwelsh@vorys.com
smithkei@gtlaw.com

*Attorney for National Foam, Inc.*                     Richard F. Bulger (*pro hac vice application forthcoming*)
                                                       Laura R. Hammargren (*pro hac vice application forthcoming*)
                                                       Mayer Brown LLP
/s/ *Michael L. Carpenter*                             71 South Wacker Drive
Michael L. Carpenter, *pro hac vice forthcoming*       Chicago, IL 60606
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.       Tel: (312) 782-0600
516 South New Hope Road                                Fax: (312) 701-7711
Post Office Box 2636                                   E-mail: RBulger@mayerbrown.com
Gastonia, NC 28053                                                LHammargren@mayerbrown.com
(704) 865-4400
(704) 866-8010 facsimile                               *Attorneys for Defendant 3M Company*
mcarpenter@gastonlegal.com

*Attorney for Buckeye Fire Equipment Company*

2

**MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 6.1(a), Defendants 3M Company; Tyco Fire Products LP; Chemguard, Inc.; Buckeye Fire Equipment Company; and National Foam, Inc. (collectively, "Defendants") respectfully and jointly request an extension of time exceeding twenty-one days in which to move, answer or otherwise respond to the Complaint. Specifically, Defendants seek an extension until December 20, 2018. In support of this request, Defendants state as follows.

Plaintiff City of Dayton ("Plaintiff") filed the complaint in this case on October 3, 2018. *See* Compl., ECF No. 1. On October 22, 2018, Plaintiff filed the return summons, and the Court's docket entry indicated the following answer dates for the Defendants: 3M Company's answer due November 8, 2018; Buckeye Fire Equipment Company's answer due November 8, 2018; Chemguard, Inc.'s answer due November 8, 2018; National Foam, Inc.'s answer due November 7, 2018; and Tyco Fire Products LP's answer due November 7, 2018. *See* ECF No. 9.

Defendants jointly move for an extension until December 20, 2018 to move, answer, or otherwise respond to the Complaint. This request for an extension of time is not meant for the purpose of delay and is Defendants' first request for an extension. Counsel for Plaintiff has been consulted pursuant to Local Rule 7.3(a) and has agreed to the requested extension of time. If the Defendants move to dismiss Plaintiff's Complaint, the parties have agreed, subject to this Court's approval, that Plaintiff may have until January 25, 2019 to respond to that motion.

Dated:  October 30, 2018

Respectfully submitted,

   */s/ Liam J. Montgomery*
Liam J. Montgomery, *pro hac vice forthcoming*
J. Liat Rome, *pro hac vice forthcoming*
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5000
Fax: 202-434-5029
LMontgomery@wc.com
LRome@wc.com

*Attorneys for Defendants Tyco Fire Products LP and Chemguard, Inc.*

/s/ *Keith E. Smith*
Keith E. Smith (*Pro Hac Vice Forthcoming*)
GREENBERG TRAURIG, LLC
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
T: 215-988-7800
smithkei@gtlaw.com

*Attorney for National Foam, Inc.*

/s/ *Michael L. Carpenter*
Michael L. Carpenter, *pro hac vice forthcoming*
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
516 South New Hope Road
Post Office Box 2636
Gastonia, NC 28053
(704) 865-4400
(704) 866-8010 facsimile
mcarpenter@gastonlegal.com

*Attorney for Buckeye Fire Equipment Company*

/s/ *Richard D. Schuster*
Richard D. Schuster (0022813)
Jonathan P. Corwin  (0076056)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Tel: (614) 464-6400
Fax: (614) 464-6350
Email:  rdschuster@vorys.com
        jpcorwin@vorys.com

-and-

Rosemary D. Welsh (0064790)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Tel: (513) 723-4022
Fax: (513) 852-8457
E-Mail: rdwelsh@vorys.com

Richard F. Bulger (*pro hac vice application forthcoming*)
Laura R. Hammargren (*pro hac vice application forthcoming*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606
Tel: (312) 782-0600
Fax: (312) 701-7711
E-mail: RBulger@mayerbrown.com
       LHammargren@mayerbrown.com

*Attorneys for Defendant 3M Company*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with CM/ECF.

/s/ Jonathan P. Corwin
Jonathan P. Corwin