IN THE UNTIED STATES DISTRICT COUR
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to all Actions**

## NOTICE OF APPEARANCE

Please take notice that Frank L. Gallucci, III of Plevin & Gallucci Co., L.P.A., hereby enters an appearance as additional counsel of record for the City of Dayton, in the above captioned matter.

PLEVIN & GALLUCCI CO., L.P.A.

By: /s/ Frank L. Gallucci, III
Ohio State Bar #0072680
55 Public Square, #2222
Cleveland, Ohio 44113
(216) 861-0804
fgallucci@pglaywer.com
*Co-Counsel for City of Dayton*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filings to all known counsel of record

/s/ Frank L. Gallucci III