IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document Relates to** *City of Dayton v. 3M Company et al*, 2:18-cv-03496-RMG |
| CITY OF DAYTON, <br><br> *Plaintiff,* <br><br> -against - <br><br> 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co., BUCKEYE FIRE EQUIPMENT COMPANY, CHEMGUARD, INC., TYCO FIRE PRODUCTS L.P., NATIONAL FOAM, INC., E.I. DU PONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, and THE CHEMOURS COMPANY FC, L.L.C., individually and as successor in interest to DuPont Chemical Solutions Enterprise, <br><br> *Defendants.* | **NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS AND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that service of process has been effectuated on defendant Tyco Fire Products, L.P. on April 26, 2019. The Proof of Service is attached.

2

Dated:  May 31, 2019
New York, New York

*[signature]*

Tate J. Kunkle, Esq.
NAPOLI SHKOLNIK PLLC
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
Tkunkle@napolilaw.com
*Attorneys for Plaintiff City of Dayton*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2019, I electronically filed the foregoing Notice Of Filing Of Proof Of Service Of Summons And Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users, including defendants' counsel.

                                          Tate J. Kunkle, Esq.
                                          NAPOLI SHKOLNIK PLLC
                                          360 Lexington Ave., 11th Floor
                                          New York, NY 10017
                                          (212) 397-1000
                                          Tkunkle@napolilaw.com
                                          *Attorneys for Plaintiff City of Dayton*

United States District Court for the District of South Carolina

CASE NO.: 2:18-mn-2873-RNG

## AFFIDAVIT OF SERVICE

**City of Dayton**

vs.

**3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al.**

_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **Terry Bumgardner**, a competent adult, being duly sworn according to law, depose and say that at **4:27 PM** on **04/26/2019**, I served **Tyco Fire Products, L.P.** at **CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, PA 17101** in the manner described below:

☐   Defendant(s) personally served.

☐   Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐   Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐   Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐   Agent or person in charge of Defendant's office or usual place of business.

☐   _____ an officer of said Defendant's company.

☑   Other: **Served Mia Murray, Client Relations.**

a true and correct copy of **First Amended Complaint** issued in the above captioned matter.

Description:
**Sex: Female - Age: 32 - Skin: White - Hair: Blonde - Height: 5' 08" - Weight: 135**

Sworn to and subscribed before me on this
29th day of April, 2019.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

X_____
Terry Bumgardner
PM Legal
75 Maiden Lane, 11th Floor
New York, NY  10038

Atty File#: **SC1684299** - Our File# **65708**